IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Thomas Clinton

      Plaintiff,             No. CIV S-05-1600 LKK   CMK

      vs.

California Department of Corrections, et al.,

      Defendants.      FINDINGS & RECOMMENDATIONS

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request, which must be completed by plaintiff's institution, had not been filled out.  Additionally, plaintiff did not file a certified statement of his prison trust account for the six month period immediately proceeding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

      By order filed August 30, 2005, the court gave plaintiff an opportunity to submit a corrected in forma pauperis form and a certified copy of this prison trust statement in support of his application.  Plaintiff was warned that failure to comply with the court's August 30, 2005 order would result in a recommendation that his complaint be dismissed without prejudice.  To

1

1 date, plaintiff has failed to submit either a corrected in forma pauperis form or a certified copy of
2 his prison trust statement.

3       Based on the foregoing, IT IS RECOMMENDED THAT this action be dismissed
4 without prejudice for plaintiff's failure to comply with the court's August 30, 2005 order and file
5 a corrected in forma pauperis form and a certified copy of his prison trust account statement.

6       These findings and recommendations are submitted to the United States District
7 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
8 after being served with these findings and recommendations, plaintiff may file written objections
9 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
10 and Recommendations."  Plaintiff is advised that failure to file objections within the specified
11 time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
12 (9th Cir. 1991).

13 DATED:   October 12, 2005.

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE