IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS CLINTON,

    Plaintiff,                      No. CIV S-05-1600 LKK CMK P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.             ORDER

/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 13, 2005, the magistrate judge filed findings and recommendations recommending that plaintiff's complaint be dismissed without prejudice for failure to submit a corrected in forma pauperis application and a certified copy of his prison trust account statement. The findings and objections were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

///

1

1        Plaintiff states that he submitted a trust statement, along with detailed instructions
2   on how to fill it out, to the prison trust office. Plaintiff states that he was unaware that the trust
3   account statement was filled out incorrectly. In light of plaintiff's objections, the court vacates
4   the findings and recommendations filed on October 13, 2005.
5        Plaintiff is ordered to, within thirty days of the date this order is filed, submit a
6   completed affidavit in support of request to proceed in forma pauperis and a certified copy of his
7   prison trust account statement the *six* month period immediately preceding the filing of the
8   complaint. See 28 U.S.C. § 1915(a)(2). Failure to comply with this order may result in a
9   recommendation that this action be dismissed. See Local Rule 11-110.
10       The court recognizes that the certificate portion of the request to proceed in forma
11  pauperis must be completed by plaintiff's institution of incarceration and also that the trust
12  account statement must be provided by the plaintiff's institution of incarceration. Repeated and
13  willful failures of the institution of incarceration to fill out the certificate portion of in forma
14  pauperis requests and failure to provide copies of prison trust account statements requested in
15  support of in forma pauperis requests may result in the imposition of sanctions against the
16  prison.
17       The court also notes that plaintiff has filed several exhibits with the court. The
18  court is not a facility to store exhibits to plaintiff's complaint. Plaintiff is cautioned that exhibits
19  are appropriately filed as support for any amended complaint, dispositive motions (such as a
20  motion to dismiss or a motion for summary judgment) or responses to dispositive motions that he
21  may file. Plaintiff is directed to cease the filing of exhibits, unattached to any motion to
22  complaint with the court.
23  ///
24  ///
25  ///
26  ///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 13, 2005, (doc. 10) are VACATED;

2. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner;

4. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the *six* month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

5. The Clerk of the Court is directed to serve a copy of this order on the Warden of the California Men's Colony.

DATED:  November 28, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE