1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   THOMAS CLINTON,

11              Plaintiff,                    No. CIV S-05-1600 LKK CMK P

12        vs.

13   CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

14              Defendants.

15   _____/          ORDER

16              Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.  This

17   proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. §

18   636(b)(1).  Plaintiff filed a motion for an extension of time to present evidence (doc. 6) and a

19   motion to compel defendant to submit plaintiff's request to proceed in forma pauperis to the

20   court.  (Doc. 14.)   Given the current state of this action–plaintiff is proceeding on an amended

21   complaint and his motion to proceed in forma pauperis has been granted, these two motions are

22   moot.

23   ///

24   ///

25   ///

26   ///

     ///

1        IT IS ORDERED THAT plaintiff's motion for an extension of time to submit

2   evidence (doc.6) and his motion to compel defendant to submit his request to proceed in forma

3   pauperis to the court (doc. 14) are denied as moot.

4

5   Dated: July 17, 2006

6

7                                          /s/ Craig M. Kellison
                                           UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26