IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS CLINTON,

        Plaintiff,                    No. CIV S-05-1600 LKK CMK P

       vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.

_____/      <u>ORDER</u>

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.   This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). Currently pending before the court is plaintiff's August 7, 2006 motion for a court order. (Doc. 41.)

        In his motion, plaintiff states that the California Department of Corrections and Rehabilitation "short-changed" plaintiff on his days to be credited and overcharged plaintiff restitution.  Plaintiff further claims that he will be homeless upon his release from prison, until the CDCR transfers his parole to Arkansas, where he is moving.  Plaintiff requests that this court "fax a court order to Warden John Marshall to address this issue."  The court declines to order the CDRC to transfer plaintiff's parole to Arkansas.

1    Accordingly, IT IS ORDERED THAT plaintiff's motion for a court order (doc. 41)
2 is denied.
3 DATED: August 10, 2006.

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE