IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS CLINTON,

    Plaintiff,                  No. CIV S-05-1600 LKK CMK P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

_____/ <u>ORDER</u>

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). Currently pending before the court is plaintiff's August 8, 2006 motion to suspend all legal proceedings for thirty days.

        The court cannot grant plaintiff's request and effectively manage its docket. Accordingly, plaintiff's August 8, 2006 motion (doc. 43) is denied.

        IT IS SO ORDERED.

DATED: August 10, 2006.

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE