IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS CLINTON,**<br><br>                              Plaintiff,<br><br>         v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,,**<br><br>                              Defendants. | 2:05-1600 LKK CMK P<br><br>**ORDER RE DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Defendants' first request for an extension of time to respond to Plaintiff's complaint was considered by this Court, and good cause appearing.

IT IS HEREBY ORDERED that Defendants have until January 25, 2007 to file their responsive pleading.

December 11, 2006

                    /s/   **CRAIG M. KELLISON**
                    Craig M. Kellison
                    UNITED STATES MAGISTRATE JUDGE

[Proposed Order] re Defendant's First Request for Extension of Time to Respond to Complaint

1