EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
JEFFREY STEELE, State Bar No. 124688
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1937
 Fax: (916) 324-5205
 Email: Jeff.Steele@doj.ca.gov

Attorneys for Defendants Arbini, Barnes, Barrientos, Cooper, Deforest, Desantis, Dixon, Hickman, Marshall, Meyers, Mullin, Pomazal, Prosper, Rice, Riley, Sherer, Tripp, Wilson, and Woodford

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,,**<br><br>　　　　　　　　　　Defendants. | 2:05-CV-1600 LKK CMK P<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER**<br><br>[Fed. R. Civ. Proc. 26(c)] |

Good cause appearing, Defendants are relieved of their obligation to respond to Plaintiff's request for production of documents pending the Court's rulings on Defendants' motions to dismiss and issuance of a discovery order.

1
2
3 **IT IS SO ORDERED.**
4 July 11, 2007
5
6        /s/   **CRAIG M. KELLISON**
       Craig M. Kellison
       UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF SERVICE BY U.S. MAIL**

**Case Name:** *Clinton v. California Department of Corrections, et al.,*
**Case No.:** **2:05-CV-1600 LKK CMK P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On **July 3, 2007**, I served the attached **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

Thomas Clinton
V-11051
5447 N. Hwy 59
Van Buren, AR, 72956

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 3, 2007**, at Sacramento, California.

| D. Kulczyk | /s/ D. Kulczyk |
|---|---|
| Declarant | Signature |

05cv1600.clinton.protect order.wpd
SA2006303498