IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　Defendants.<br>_____ / | No. CIV S-05-1600-LKK-CMK-P<br><br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendant's requests for additional time to respond to plaintiff's requests for production of documents (Docs. 92 and 98). Good cause appearing, these requests will be granted.

　　　　IT IS HEREBY ORDERED that Defendants have until January 11, 2008 to respond to plaintiff's request for production of documents.

DATED: January 10, 2008

　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

Case 2:05-cv-01600-JAM-CMK   Document 99   Filed 01/11/08   Page 2 of 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2