**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS CLINTON, | No. CIV S-05-1600-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Defendants' first request for an extension of time to respond to Plaintiff's motion to compel further responses to his request for production of documents, set 14, was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants have until June 18, 2008, to serve their response to the motion.

DATED: May 22, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1