IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON, | No. CIV S-05-1600-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendants' second request for additional time to respond to plaintiff's motion to compel further responses to his fourteenth set of requests for production of documents (Doc. 167).

       Defendants were previously granted additional time, but due to counsel's other obligations, additional time has been requested.  This request is granted, nunc pro tunc, to June 18, 2008.  Defendants' response to plaintiff's motion to compel shall be filed on or before July 19, 2008.  Further requests for additional time will be disfavored.

       IT IS SO ORDERED.

DATED: June 25, 2008

                                                                 _____
                                                                 CRAIG M. KELLISON
                                                                 UNITED STATES MAGISTRATE JUDGE