**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS CLINTON, | No. CIV S-05-1600-LKK-CMK-P |
| Plaintiff, | |
| vs. | <u>FINDINGS AND RECOMMENDATIONS</u> |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's "Prayor for a Court Order" (Doc. 179), filed July 20, 2008.

Plaintiff's request is actually a request for injunctive relief. He states his request is for the court simply to

> order United States Attorney General Michael Mukasey to force the above individuals to work with Plaintiff (and with one another) and to enforce, violate, investigate, terminate, and prosecute all individuals that violated administrate state and federal laws. If these individuals do not act with the same diligence in enforcing the law in Plaintiff's controversy then those individuals will face felony prosecution themselves.

(Motion at 4).

1       Unfortunately, the court lacks jurisdiction to issue an injunction as requested by
2 plaintiff. Plaintiff's request for injunctive relief is against individuals who are not named as
3 defendants in this action. Plaintiff is requesting this court order Attorney General Mukasey to
4 take action to investigate the allegations plaintiff has made regarding his prison rape. This court
5 is unable to issue an order against individuals who are not parties to a suit pending before it. See
6 Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969). As Attorney General
7 Mukasey is not a party to this action, plaintiff's request must be denied.

8       Based on the foregoing, the undersigned recommends that plaintiff's request for
9 injunctive relief and an order directing Attorney General Mukasey to take action to investigate
10 plaintiff's allegations of prison rape be denied.

11       These findings and recommendations are submitted to the United States District
12 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 20 days
13 after being served with these findings and recommendations, any party may file written
14 objections with the court. The document should be captioned "Objections to Magistrate Judge's
15 Findings and Recommendations." Failure to file objections within the specified time may waive
16 the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

18 DATED: October 6, 2008

20                                     **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE