IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,,<br><br>　　　　　　　　　Defendants. | CASE NO.: 2:05-1600 LKK CMK P<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** |

　　　　Defendants' second request for an extension of time to respond to Plaintiff's motion for a protective order was considered by this Court, and good cause appearing.

　　　　IT IS HEREBY ORDERED that Defendants have until October 31, 2008, to serve their response to the motion.


DATED:  October 28, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE