IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON, | No. CIV S-05-1600-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' request for additional time to respond to plaintiff's motion for a protective order (Doc. 199). This is defendants' third request for additional time. Good cause appearing, this request will be granted. However, no further extensions of time will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

1

IT IS HEREBY ORDERED that Defendants have until November 7, 2008 to respond to plaintiff's motion for a protective order.

DATED: November 4, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE