IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS CLINTON,                              No. CIV S-05-1600-LKK-CMK-P

    Plaintiff,

  vs.                                               ORDER

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

                          /

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendant's motion for sanctions (Doc. 240).

        Plaintiff was previously ordered to appear at his properly noticed deposition on December 8, 2008. He failed to do so. He has stated in several filings that he did not have sufficient notice and could not afford to travel to Sacramento for his deposition. He requested defendants take his deposition telephonically. The court has denied his request for telephonic deposition as well as his filing the court construed liberally as a request for protective order.

        The court will provide plaintiff one more opportunity to appear at his deposition and avoid further sanctions, including dismissal of this action. The court has obtained dates the Deputy Attorney General is available to take plaintiff's deposition in Sacramento, California.

1 These dates are: January 21-22, 2009 or January 29-30, 2009.

2       Plaintiff may contact the Deputy Attorney General and choose one of the dates
3 above to appear in Sacramento, California for his deposition, with at least 10 days notice to
4 counsel. Defense counsel shall then notify the court whether or not plaintiff appears at his
5 deposition. If plaintiff does not appear at his deposition, the court will grant defendant's motion
6 for dismissal sanctions. If plaintiff does appear, the motion for sanctions will be denied.

7       IT IS SO ORDERED.

9 DATED: December 22, 2008

                                                                      **CRAIG M. KELLISON**
                                                                      UNITED STATES MAGISTRATE JUDGE