IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON, | No. CIV S-05-1600 LKK CMK P |
| Plaintiff, | |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ORDER |
| Defendants. | |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On October 7, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1                    Accordingly, IT IS HEREBY ORDERED that:

2                    1. The findings and recommendations filed October 7, 2008, are adopted in full; and

3                    2. Plaintiff's request for injunctive relief and an order directing Attorney General Mukasey to take action to investigate plaintiff's allegations of prison rape is denied.[1]

DATED: December 23, 2008.

```
                    /s/ Lawrence K. Karlton
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

---

[1] Plaintiff filed a response to the magistrate's Findings and Recommendations stating that he agreed with the magistrate's conclusions, but that the plaintiff sought to "ensure" that his suit "would exhaust Plaintiff's remedies in [the Eastern] district [of California]," and that "by Judge Karlton denying this appeal he is stating that there will be no res judicata, collateral estoppels, collateral attacks, and etc. [sic]." This court clarifies that the ordinary exhaustion and preclusion (that is, res judicata and collateral estoppel) rules apply to plaintiff's claims.