IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS CLINTON, | | No. CIV S-05-1600-LKK-CMK-P |
| | Plaintiff, | |
| | vs. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | | |
| | Defendants. | |
| _____/ | | |

      Plaintiff, a former state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's notification that a document he sent to the court for filing was lost and/or destroyed by the United States Postal Service. Plaintiff has requested the court notify him of which document was not received.

      The docket for this case shows 270 filings as of January 15, 2009. The court is unable and unwilling to search through the docket to determine which document was not received. However, the court will provide plaintiff a copy of the docket sheet, showing what documents have been filed in this case. Plaintiff may then be able to determine what document he attempted to file but was not received by the court.

/ / /

1

1   Accordingly, the Clerk of the Court is directed to send plaintiff a copy of the
2 docket sheet.
3   SO ORDERED.

5   DATED: January 15, 2009

    _____
    **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE