IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS CLINTON,

      Plaintiff,                               No. CIV S-05-1600 LKK CMK P

      vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

      Defendants.                        ORDER

          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are two motions for reconsideration of the magistrate judge's September 16, 2008 order (Docs. 197 and 204).

          As plaintiff has already been made aware, Eastern District of California Local Rule 72-303(b) states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten days . . . from the date of service of the ruling on the parties." Plaintiff has already moved for reconsideration of the Magistrate Judge's order, and was informed that his motion was untimely. Plaintiff has now filed two additional motions for reconsideration of the same magistrate judge's order. The motions are untimely, and will be denied. Any further motions for reconsideration of this order will be disregarded.

////

1

1 | Accordingly, IT IS HEREBY ORDERED that the motions for reconsideration (Docs.
2 | 197, 204) are denied as untimely.
3 | DATED: March 13, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT