IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS CLINTON,

    Plaintiff,                             No. CIV S-05-1600 LKK CMK P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.                        ORDER
/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for reconsideration (Doc. 208, filed Dec. 16, 2008) of this court's order (Doc. 201, filed on Nov. 11, 2008) that itself denied two prior motions (Docs. 171 and 189) which the court construed as motions for reconsideration of this court's prior orders. The current motion (Doc. 208) is denied, for the reasons stated in this court's order of Nov. 11, 2008. The court is not stating that plaintiff needs to present evidence regarding the falsity of documents, as explained in that order. The court further directs plaintiff to the Magistrate Judge's order of September 16, 2008 (Doc. 185) for further information regarding discovery.

    IT IS SO ORDERED.

    DATED: March 16, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT