IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON, | No. 2:05-CV-1600-LKK-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se with an action under 42 U.S.C. § 1983.  This case will be referred to District Judge David O. Carter to conduct a settlement conference at the Santa Ana Courthouse on January 20, 2010, at 8:00 a.m.

In accordance with the above,  IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference on January 20, 2010, at 8:00 a.m. at the Ronald Reagan Federal Building & U. S. Courthouse, 411 West Fourth Street, Courtroom 9D, Santa Ana, California 92701.

///

///

///

1

2. The parties are directed to provide confidential settlement conference statements to Sujean Younger, ADR and Pro Bono Program Director, 501 I Street, Suite 4-200, Sacramento, California 95814, so that they arrive no later than December 20, 2009.

DATED: November 17, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE