IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS CLINTON,                              No. CIV S-05-1600-LKK-CMK-P

      Plaintiff,

  vs.                                                    ORDER

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

      Defendants.

_____/

      Plaintiff, a former state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendants' motion to stay (Doc. 373).

      This case is currently set for a settlement conference on January 20, 2009.  In light of the pending settlement conference, the court finds it appropriate to modify the schedule for this case.  In the event this case does not settle at the settlement conference, a new dispositive motion deadline is set for February 22, 2009.  However, the court does not find it necessary to stay the deadline at this time, and the defendants' request to do so is denied.

      IT IS SO ORDERED.

 DATED: November 17, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE