UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et. al.,<br><br>　　　　Defendants.<br>_____/ | No. 2:05-CV-1600-LKK-CMK<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE FROM JANUARY 20, 2010, TO JANUARY 27, 2010, BEFORE THE HONORABLE DAVID O. CARTER, AND REQUIRING BENJAMIN RICE OR STEPHANIE CLAUSS TO BE PERSONALLY PRESENT<br><br>Date:　　　January 27, 2010<br>Time:　　　9:00 a.m.<br>Location:　Courtroom 9D, U.S. District Court<br>　　　　　　Santa Ana |

　　　　This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Thomas Clinton, proceeding pro se. On November 19, 2009, the Court issued an order setting this matter for a settlement conference on January 20, 2010, at 8:00 a.m. before United States District Judge David O. Carter.

　　　　Due to the unavailability of the Court, the settlement conference is continued from January 20, 2010 to January 27, 2010.

　　　　**Further, Judge Carter requires the personal presence of either Benjamin Rice, General Counsel for the California Department of Corrections and Rehabilitation, or Stephanie Clauss, Chief Deputy General Counsel, at the settlement conference on January 27, 2010.**

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The settlement conference set in this case is **CONTINUED <u>from</u> January 20, 2010, at 8:00 a.m. <u>to</u> January 27, 2010, at 9:00 a.m.** at the Ronald Reagan Federal Building & U. S. Courthouse, 411 West Fourth Street, Courtroom 9D, Santa Ana, California 92701;

2. Either CDCR General Counsel Benjamin Rice or Chief Deputy General Counsel Stephanie Clauss SHALL be personally present at the settlement conference;

3. The Clerk's Office shall serve by facsimile a copy of this order on Benjamin Rice, General Counsel for the California Department of Corrections and Rehabilitation, and Stephanie Clauss, Chief Deputy General Counsel, at (916) 327-5306; and

4. Failure to comply with this order will be grounds for the imposition of sanctions deemed appropriate by the Court.

DATED: January 8, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE