IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS CLINTON,  No. CIV S-05-1600-LKK-CMK-P

    Plaintiff,

  vs.  ORDER

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

                            /

        Plaintiff, a former state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

        A settlement conference before United States District Judge David O. Carter, was held on January 27, 2010. It is anticipated that another settlement session will be set in this matter. As such, the undersigned finds it appropriate to administratively stay these proceedings for 90 days, and vacate the current dispositive motion deadline. In the event this matter does not settle, a new motions deadline will be set.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. These proceedings are administratively stayed for 90 days; and
2. The dispositive motion deadline is vacated.

DATED: February 2, 2010

　　　　　　　　　　　　　　　　　　　　/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE