IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS CLINTON,  No. CIV S-05-1600-LKK-CMK-P

    Plaintiff,

  vs.  ORDER

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

          Plaintiff, a former state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is Plaintiff's request for a subpoena and a declaration from an acquaintance of Plaintiff.

          This case is currently stayed pending a further settlement conference before the Honorable David O. Carter. Plaintiff was informally informed that during a stay of proceedings he should refrain from filing documents with the court. In addition, the court has previously cautioned Plaintiff that it is not a depository for his evidence, and that he should refrain from filing affidavits, declarations, and other evidence unless it is in support or opposition of a proper pending motion.

/ / /

Accordingly, Plaintiff's request for subpoena and the declaration will be disregarded. Plaintiff shall refrain from filing any additional documents with the court during the pendency of the stay. Following the further settlement conference with Judge Carter, the court will lift the stay and issue further orders as necessary. Any further filings during the pendency of the stay will be disregarded by the court. Plaintiff is also cautioned that failure to comply with court orders may be grounds for imposition of appropriate sanctions. See Local Rule 110.

IT IS SO ORDERED.

DATED: February 18, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE