IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON, | No. CIV S-05-1600-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a former state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is Plaintiff's "Motion to Stay" (Doc. 417).

In his motion, Plaintiff is requesting additional time to respond to a dispositive motion. However, the court notes that no dispositive motion is currently pending. The deadline for filing such a motion has not yet passed. If a dispositive motion is filed, and Plaintiff finds he needs additional time to respond, he may submit his request at that time. If a reasonable request is submitted, the court will certainly consider such a request. However, as no motion is currently pending, Plaintiff's motion for additional time to respond thereto will be denied. If no dispositive motion is filed by the deadline, the court will issue a further scheduling order setting a

1

1  schedule in which this case will proceed to trial.

2     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to stay (Doc.
3  417) is denied.

5  DATED: October 22, 2010

               *Craig M. Kellison*
               _____
               **CRAIG M. KELLISON**
               UNITED STATES MAGISTRATE JUDGE