IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON, | No. CIV S-05-1600-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a former state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is Plaintiff's objection to the production of confidential memorandums in redacted version (Doc. 423), in response to the court's October 22, 2010, order. Plaintiff is requesting the court conduct an *in camera* review of the confidential memorandums to determine whether the unredacted version contains any information supportive of his case which is not in fact sensitive information or information which could jeopardize the safety and security of the institution.

This request is granted. Defendants shall produce unredacted versions of the confidential memorandums to the court, within 15 days of the date of this order, for the court to conduct an *in camera* review. Once the court has reviewed the documents *in camera*, the court

1 will issue an order providing the parties notice of the court's findings and determination as to
2 whether an unredacted version of the confidential memorandum(s) is to be produced to Plaintiff.
3        IT IS SO ORDERED.

5 DATED: November 3, 2010

                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE