IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON, | No. CIV S-05-1600-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a former state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the notice filed, the court will conduct a telephonic hearing on the in camera review of confidential documents.

A telephonic hearing is hereby set for January 19, 2011, at 11:00 a.m. in Redding, California.

Defense counsel is directed to initiate a conference call with plaintiff to be connected with the court.[1] Plaintiff is directed to inform defense counsel of a contact number in

/ / /

---

[1] Counsel may contact the court for the phone number with which to connect for the conference call.

1

1 | order to participate in the telephonic conference call.  In the alternative, if plaintiff wishes to
2 | appear in person, he shall so notify the court and defense counsel.
3 |         IT IS SO ORDERED.

 DATED:  January 13, 2011

                                        */s/ Craig M. Kellison*
                                **CRAIG M. KELLISON**
                                UNITED STATES MAGISTRATE JUDGE