IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON, | No. CIV S-05-1600-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a former state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for sanctions (Doc. 527), currently set for hearing on November 20, 2013.

On October 18, 2013, the undersigned issued findings and recommendations (Doc. 526) wherein it was recommended to the District Court that plaintiff's previous motion for sanctions, based on allegations of the same misconduct, be denied. Until such time as the District Court acts on the findings and recommendations, the undersigned cannot entertain any additional motions on the same alleged misconduct.

Therefore, the motion for sanctions will be taken off calendar, and will not be addressed until after the District Court acts on the pending findings and recommendation.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for sanctions (Doc. 527), currently set for hearing on November 20, 2013, is taken off calendar; and

2. No action will be taken on the pending motion for sanctions until the District Court rules on the pending findings and recommendations.

DATED: November 1, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE