IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON, | No. 2:05-cv-1600-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. / | |

Plaintiff, a former state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for a stay of these proceedings (Doc. 540).

Plaintiff is requesting this case be put on hold until the California Supreme Court decides a petition for writ of habeas corpus he is going to file. The undersigned finds no reason to stay these proceedings. The filing of a writ of habeas corpus, by definition, is a challenge to a conviction. Such a challenge would have no impact on this case, which challenges the treatment plaintiff received while in custody. Thus, there is no basis on which to grant plaintiff's request.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a stay of these proceedings (Doc. 540) is denied.

DATED: March 21, 2014

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE