IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON, | No. 2:05-cv-1600-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a former state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The motion for summary judgment now having been resolved, this matter is at issue and may be ready to be set for trial. According to the District Court's order, the only remaining defendant in this action is Cooper; the only remaining claim is Cooper's failure to honor plaintiff's medical chronos for an extra blanket and tennis shoes. See Order, Doc. 544, dated August 14, 2014. The parties shall therefore each submit to the court and serve by mail on all other parties a report on the status of this case. The report must address the following:

      1.      Whether this matter is ready for trial and, if not, why not;

///

  2. Whether a pretrial motion is contemplated and, if so, the type of motion and the time needed to file the motion and complete the time schedule set forth in Local Rule 230;

  3. A narrative statement of the facts that will be offered by oral or documentary evidence at trial;

  4. A list of all exhibits to be offered into evidence at the trial of the case;

  5. A list of the names and addresses of all witnesses the party intends to call;

  6. A summary of the anticipated testimony of any incarcerated witnesses;

  7. The time estimated for trial;

  8. Whether either party still requests trial by jury; and

  9. Any other matter, not covered above, which the party desires to call to the attention of the court.

  The parties are warned that failure to file a status report which addresses the issues set forth above may result in the imposition of appropriate sanctions, including dismissal of the action or preclusion of issues or witnesses.  See Local Rule 110.

  Accordingly, IT IS HEREBY ORDERED that:

  1. Plaintiff's status report shall be filed and served within 30 days from the date of service of this order; and

  2. Defendant's status report shall be filed within 30 days after service of plaintiff's status report.

DATED:  August 21, 2014

                _____
                **CRAIG M. KELLISON**
                UNITED STATES MAGISTRATE JUDGE