IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON, | No. 2:05-cv-1600-JAM-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a former state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On August 22, 2014, the court ordered the parties to file status reports in order to set this case for trial.  Since then, plaintiff has filed several documents requesting additional time and further direction as to what needs to be done.  Plaintiff indicates he does not know what the court is requesting.

A status report is simply a way for the parties to communicate with the court as to the status of the case and their readiness for trial.  As set forth in the prior order, the status reports shall address the following information:

  1. Whether this matter is ready for trial and, if not, why not;

  2. Whether a pretrial motion is contemplated and, if so, the type of motion and the time needed to file the motion and complete the time schedule set forth in Local Rule

230;

        3.     A narrative statement of the facts that will be offered by oral or documentary evidence at trial;

        4.     A list of all exhibits to be offered into evidence at the trial of the case;

        5.     A list of the names and addresses of all witnesses the party intends to call;

        6.     A summary of the anticipated testimony of any incarcerated witnesses;

        7.     The time estimated for trial;

        8.     Whether either party still requests trial by jury; and

        9.     Any other matter, not covered above, which the party desires to call to the attention of the court.

If plaintiff does not have all of the above information, he may so indicate in the status report. Alternatively, the parties may file a joint status report as contemplated in the local rules. However, given the history of this case, the court will not require a joint report. The parties are again cautioned that failure to file a status report which addresses the issues set forth above may result in the imposition of appropriate sanctions, including dismissal of the action or preclusion of issues or witnesses. <u>See</u> Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

        1.     Plaintiff's status report shall be filed and served on or before June 1, 2015; and

        2.     Defendant's status report shall be filed and served on or before July 1, 2015, regardless of whether plaintiff has filed a status report.

DATED: April 27, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE