1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                                   EASTERN DISTRICT OF CALIFORNIA

10

11   THOMAS CLINTON,                                No.  2:05-cv-1600-JAM-CMK

12                  Plaintiff,

13          v.                                       **ORDER**

14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS, et al.,
15
                    Defendants.
16

17          Plaintiff, a former prisoner proceeding pro se, brings this civil rights action

18   pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for reconsideration

19   (Doc. 578) of the Magistrate Judge's December 15, 2015, order denying plaintiff's motion to

20   appoint counsel and motion for adverse inference regarding destruction of evidence.

21          Pursuant to Eastern District of California Local Rule 303(f), a Magistrate Judge's

22   order shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire

23   file, the court finds that it does not appear that the Magistrate Judge's ruling was clearly

24   erroneous or contrary to law.  The December 15, 2015, order is therefore affirmed.

25          Accordingly, IT IS HEREBY ORDERED that:

26          1.   The motion for reconsideration (Doc. 578) is denied;

27          2.   The Magistrate Judge's December 15, 2015,  order is affirmed; and

28   / / /

3.   No further motions for reconsideration of this order will be considered.

DATED:  March 17, 2016

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE