IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON,<br><br>    Plaintiff,<br><br>  v.<br><br>COOPER, et al.,<br><br>    Defendants. | No. 2:05-CV-1600-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. This matter is again before the court following the Ninth Circuit Court of Appeals' June 25, 2019, decision reversing and remanding this action for further proceedings. See ECF No. 625. A status conference is hereby set before the undersigned in Sacramento, California, on October 17, 2019, at 9:00 a.m. No later than seven days before this hearing date, the parties shall meet and confer and each file a status conference statement outlining their

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

respective positions on preparing this matter for re-trial.  Failure to comply with this order may result in the imposition of appropriate sanctions.  See Local Rule 110.

IT IS SO ORDERED.

Dated:  August 13, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE