# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON,<br><br>    Plaintiff,<br><br>    v.<br><br>COOPER, et al.,<br><br>    Defendants. | No. 2:05-CV-1600-JAM-DMC-P<br><br><br>ORDER |

        Plaintiff, who is proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. This matter is again before the court following the Ninth Circuit Court of Appeals' June 25, 2019, decision reversing and remanding this action for further proceedings. See ECF No. 625. A status conference is hereby set before the undersigned in Sacramento, California, on November 7, 2019, at 1:00 p.m. Telephonic appearances are not permitted unless prior approval is granted upon written request and for good cause shown. No later than seven days before this hearing date, the parties shall meet and confer and file a joint status conference statement outlining their respective positions on preparing this matter for re-

/ / /

/ / /

/ / /

/ / /

1

trial. Failure to comply with this order may result in the imposition of appropriate sanctions. <u>See</u> Local Rule 110.

    IT IS SO ORDERED.

Dated: September 20, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE