# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON,<br><br>    Plaintiff,<br><br>    v.<br><br>COOPER, et al.,<br><br>    Defendants. | No. 2:05-CV-1600-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, who is proceeding with pro bono counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's counsel's request to appear telephonically at the continued status/scheduling conference set in this matter for February 27, 2020, at 10:00 a.m., before the undersigned in Sacramento, California. See ECF No. 639. Given that counsel is located in Los Angeles and is representing plaintiff pro bono, the court finds good cause shown to grant counsel's request.

IT IS SO ORDERED.

Dated: February 21, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1