**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

Christina N. Goodrich (SBN 261722)
*christina.goodrich@klgates.com*
Saman M. Rejali (SBN 274517)
*saman.rejali@klgates.com*
Heather L. Frisch (SBN 294940)
*heather.frisch@klgates.com*
Armando V. Arballo (SBN 324554)
*armando.arballo@klgates.com*

Attorneys for Plaintiff Thomas Clinton

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>COOPER, et al.,<br><br>   Defendants. | Case No. 2:05-CV-01600-JAM-DMC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME**<br><br>[Assigned to the Honorable Dennis M. Cota]<br><br>Complaint Filed 08/11/2005 |

| | |
|---|---|
| 1 | |
| 2 | This Court, having considered the Stipulation to Extend Time, and for good cause |
| 3 | shown, |
| 4 | |
| 5 | **IT IS HEREBY ORDERED** that the Stipulation to Extend Time is **GRANTED**. |
| 6 | |
| 7 | |
| 8 | Dated: March 12, 2020 |

Dated:  March 12, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE