| | |
|---|---|
| 1 | **K&L GATES LLP** |
| | 10100 Santa Monica Blvd., 8th Floor |
| 2 | Los Angeles, CA 90067 |
| | Telephone: (310) 552-5000 |
| 3 | Facsimile: (310) 552-5001 |
| 4 | Christina N. Goodrich (SBN 261722) |
| | *christina.goodrich@klgates.com* |
| 5 | Saman M. Rejali (SBN 274517) |
| | *saman.rejali@klgates.com* |
| 6 | Heather L. Frisch (SBN 294940) |
| | *heather.frisch@klgates.com* |
| 7 | Armando V. Arballo (SBN 324554) |
| | *armando.arballo@klgates.com* |

Attorneys for Plaintiff Thomas Clinton

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON, an individual, | Case No. 2:05-CV-01600-JAM-DMC |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO EXTEND TIME** |
| COOPER, et al., | |
| Defendants. | [Assigned to the Honorable Dennis M. Cota] |
| | Complaint Filed 08/11/2005 |

This Court, having considered the Stipulation to Extend Time, and for good cause shown, **IT IS HEREBY ORDERED** that the Stipulation to Extend Time is **APPROVED**. The parties shall exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26 by April 6, 2020. The parties shall submit a stipulated protective order regarding confidential documents by April 6, 2020.

Dated: March 24, 2020



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE