# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS CLINTON,

        Plaintiff,

  v.

COOPER, et al.,

        Defendants.

No. 2:05-CV-1600-JAM-DMC-P

ORDER

        Plaintiff, who is proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. An initial status/scheduling conference was held in this matter on February 27, 2020, at 10:00 a.m. before the undersigned in Sacramento, California. Saman Rejali, Esq., appeared telephonically for plaintiff. Kelli Hammond, Esq., appeared for defendants.

        Upon consideration of the status reports on file in this action, discussion with the parties, and good cause appearing therefor, the court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

        1.    This action proceeds on the fifth amended complaint filed on February 26, 2020. No further joinder of parties or amendments to the pleadings is permitted without leave of court for good cause shown.

        2.    Jurisdiction and venue are not contested.

3. Pursuant to the parties' stipulation, initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) are due to be exchanged by April 6, 2020.

4. At the hearing, the Court set a settlement conference for October 6, 2020. Due to a conflict in the Court's schedule, that date is continued to October 8, 2020, at 9:00 a.m., in Sacramento, California, Courtroom 10.

5. Non-expert discovery shall be completed and all motions pertaining to discovery shall be noticed to be heard by November 20, 2020.

6. The parties shall exchange initial lists of expert witnesses no later than December 3, 2020. Lists of any rebuttal expert witnesses shall be exchanged no later than January 8, 2021. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

7. Expert discovery shall be completed and all motions pertaining to discovery shall be noticed to be heard by February 8, 2021.

8. Dispositive motions shall be noticed to be heard by March 8, 2021.

9. At a later date, the Court will, if necessary, set a date for a final scheduling conference to address trial preparation and scheduling.

IT IS SO ORDERED.

Dated: March 26, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE