**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

Christina N. Goodrich (SBN 261722)
*christina.goodrich@klgates.com*
Saman M. Rejali (SBN 274517)
*saman.rejali@klgates.com*
Heather L. Frisch (SBN 294940)
*heather.frisch@klgates.com*
Armando V. Arballo (SBN 324554)
*armando.arballo@klgates.com*

Attorneys for Plaintiff Thomas Clinton

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON, an individual,<br><br>                Plaintiff,<br><br>  v.<br><br>COOPER, et al.,<br><br>                Defendants. | Case No. 2:05-CV-01600-JAM-DMC<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES PROVIDED IN [Dkt. 650] & [Dkt. 651]**<br><br>[Assigned to the Honorable Dennis M. Cota]<br><br>Complaint Filed 08/11/2005 |

This Court, having considered the STIPULATION TO EXTEND DEADLINES PROVIDED IN [Dkt. 650] & [Dkt. 651], and for good cause shown:

**IT IS HEREBY ORDERED** that the STIPULATION TO EXTEND DEADLINES PROVIDED IN [Dkt. 650] & [Dkt. 651] is **GRANTED**.

1. The time for the parties to conduct non-expert discovery shall be extended from November 20, 2020, the day the parties were to complete non-expert discovery, until April 19, 2021;

2. the time for parties to conduct expert discovery shall extend from February 8, 2021, the day the parties were to complete expert discovery, until July 7, 2021;

3. the deadline for the parties to exchange Initial List of Expert Witnesses shall be extended from December 3, 2020, the day the parties were to have exchanged Initial List of Expert Witnesses until May 3, 2021;

4. the time for the parties to exchange Rebuttal Expert Witnesses shall be extended from January 8, 2021, the day the parties were to have exchanged Rebuttal Expert Witnesses until July 7, 2021;

5. the time for the parties to notice dispositive motions shall be extended from March 8, 2021, the day parties were to have noticed such motions until August 5, 2021; and

6. the Settlement Conference set for October 8, 2020 **IS VACATED** and shall be rescheduled to a date on or around March 8, 2021, by separate order which shall set appropriate deadlines related to the Settlement Conference.

IT IS SO ORDERED:

Dated: September 29, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) through the Court's electronic filing system, and paper copies will be sent to those indicated as non-registered participants (if any) on September 22, 2020.