1

**K&L GATES LLP**
10100 Santa Monica Blvd., Eighth Floor
Los Angeles, CA 90067

2

Telephone: (310) 552-5000

3

Facsimile: (310) 552-5001

4

Christina N. Goodrich (SBN 261722)
*christina.goodrich@klgates.com*

5

Saman M. Rejali (SBN 274517)
*saman.rejali@klgates.com*

6

Heather L. Frisch (SBN 294940)
*heather.frisch@klgates.com*

7

Armando V. Arballo (SBN 324554)
*armando.arballo@klgates.com*

8

9

Attorneys for Plaintiff Thomas Clinton

10

11

UNITED STATES DISTRICT COURT

12

EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| THOMAS CLINTON, an individual, | Case No. 2:05-CV-01600-JAM-DMC |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO EXTEND DEADLINES PROVIDED IN [Dkt. 655]** |
| COOPER, et al., | |
| Defendants. | [Assigned to the Honorable Dennis M. Cota] |
| | Complaint Filed 08/11/2005 |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**ORDER GRANTING STIPULATION TO EXTEND TIME**

502874778.1

1

2

3

     This Court, having considered the STIPULATION TO EXTEND DEADLINES PROVIDED IN [Dkt. 655], and for good cause shown:

4

     **IT IS HEREBY ORDERED** that the STIPULATION TO EXTEND DEADLINES PROVIDED IN [Dkt. 655] is **GRANTED**.

5

6

     **IT IS FURTHER ORDERED** that the schedule is modified as follows:

7

     1.    The time to conduct non-expert discovery is extended to August 17, 2021;

8

     2.    The deadline to exchange initial lists of expert witnesses is extended to August 31, 2021;

9

10

     3.    The deadline to exchange lists of rebuttal expert witnesses is extended to November 4, 2021

11

12

     4.    The time to conduct expert discovery is extended to December 6, 2021;[1]

13

     5.    Dispositive motions shall be noticed to be heard by February 4, 2022.[2]

14

15

IT IS SO ORDERED:

16

Dated:  March 11, 2021

17

_____

18

DENNIS M. COTA
UNITED STATES MAGISTRATE
JUDGE

19

20

21

22

23

24

25

26

    [1]    The parties agreed to November 4, 2021.  The Court extends this date by one month past the date agreed by the parties to allow for discovery concerning any rebuttal expert witnesses disclosed by the new stipulated deadline.

27

28

    [2]    The parties agreed to December 3, 2021.  The Court also extends this date past the time agreed by the parties to allow sufficient time to prepare dispositive motions following the close of expert discovery.

**ORDER GRANTING STIPULATION TO EXTEND TIME**