**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

Christina N. Goodrich (SBN 261722)
*christina.goodrich@klgates.com*
Saman M. Rejali (SBN 274517)
*saman.rejali@klgates.com*

Attorneys for Plaintiff Thomas Clinton

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON, an individual,<br><br>           Plaintiff,<br><br>   v.<br><br>COOPER, et al.,<br><br>           Defendants. | Case No. 2:05-CV-01600-JAM-DMC<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES PROVIDED IN [Dkt. 657]**<br><br>[Assigned to the Honorable Dennis M. Cota]<br><br>Complaint Filed 08/11/2005 |

      This Court, having considered the STIPULATION TO EXTEND DEADLINES [Dkt. 658] PROVIDED IN [Dkt. 657], and for good cause shown:

      **IT IS HEREBY ORDERED** that the STIPULATION TO EXTEND DEADLINES [Dkt. 658] PROVIDED IN [Dkt. 657] is **GRANTED**.

Dated: August 18, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE