IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS CLINTON,** | Case No. 2:05-cv-1600 JAM DMC (PC) |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND DEADLINES** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** | |
| Defendants. | |

This Court, having considered the parties' stipulation to extend deadlines, ECF No. 661, and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The parties' stipulation is approved.

2. The new deadlines are as follows:

   a. The time to conduct non-expert discovery is extended to **March 15, 2022**.

   b. The parties shall exchange initial lists of expert witnesses by **April 15, 2022**.

   c. The parties shall exchange lists of rebuttal expert witnesses by **May 25, 2022.**

        d.      The time to conduct expert discovery is extended to **June 30, 2022.**

        e.      Dispositive motions shall be noticed to be heard by **September 2, 2022.**

Dated:  December 9, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE