IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **T. CLINTON,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,**<br><br>Defendants. | Case No. 2:05-cv-1600 JAM DMC (PC)<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES PROVIDED IN [Dkt. 662]** |

This Court, having considered the STIPULATION TO EXTEND DEADLINES PROVIDED IN [Dkt. 662], and for good cause shown:

**IT IS HEREBY ORDERED** that

1. The parties' stipulation is approved;
2. The new deadlines are as follows:
    a. The time to conduct non-expert discovery is extended to May 16, 2022;
    b. The parties shall exchange initial lists of expert witnesses by June 24, 2022;
    c. The parties shall exchange rebuttal lists of expert witnesses by July 25, 2022;

   d. The time to conduct expert discovery is extended to August 30, 2022;

   e. Dispositive motions shall be noticed by November 4, 2022.

IT IS SO ORDERED:

Dated: April 1, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE