UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON,<br><br>            Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>            Defendants. | Case No.: 2:05-cv-1600-JAM-DMC (PC)<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES PROVIDED IN RE DKT NO. 664** |

This Court, having considered the STIPULATION TO EXTEND DEADLINES PROVIDED IN [Dkt. 664], which has been signed by all parties, and for good cause shown:

**IT IS HEREBY ORDERED** that

1. The parties' stipulation is approved;

2. The new deadlines are as follows:

   a. The time to conduct non-expert discovery is extended to July 11, 2022;

   b. The parties shall exchange initial lists of expert witnesses by August 19, 2022;

   c. The parties shall exchange rebuttal lists of expert witnesses by September 19, 2022;

   d. The time to conduct expert discovery is extended to October 25, 2022;

   e. Dispositive motions shall be noticed by January 12, 2023.

Dated:  May 20, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE