UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON,<br><br>                Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>                Defendants. | Case No.: 2:05-cv-1600-JAM-DMC (PC)<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES** |

1

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINES**

This Court, having considered the STIPULATION TO EXTEND DEADLINES, and for good cause shown:

**IT IS HEREBY ORDERED** that

    1. The parties' stipulation is approved;

    2. The new deadlines are as follows:

        a. non-expert discovery cutoff - October 17, 2022;

        b. parties to exchange initial lists of expert witnesses - November 18, 2022;

        c. parties to exchange designation of rebuttal expert witnesses - December 19, 2022;

        d. expert discovery cutoff - January 31, 2023;

        e. notice dispositive motions - April 20, 2023.

The Parties are notified here that the non-expert and expert discovery deadlines include the deadline for **hearing** any discovery related motions.

Dated: July 19, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE