1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| THOMAS CLINTON,<br><br>            Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>            Defendants. | Case No.: 2:05-cv-1600-DAD-DMC (PC)<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES RE DKT. 669** |

This Court, having considered the STIPULATION TO EXTEND DEADLINES, and for good cause shown:

**IT IS HEREBY ORDERED** that

1. The parties' stipulation is approved;
2. The new deadlines are as follows:
   a. non-expert discovery cutoff - January 17, 2023;
   b. parties to exchange initial lists of expert witnesses - February 21, 2023;
   c. parties to exchange rebuttal expert witnesses - March 20, 2023;
   d. expert discovery cutoff - May 1, 2023;
   e. notice dispositive motions - July 20, 2023.

IT IS SO ORDERED:

Dated:  October 17, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE