UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON,<br><br>            Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>            Defendants. | Case No.: 2:05-cv-1600-DAD-DMC (PC)<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES RE DKT. 674** |

1

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME RE DKT NO. 674**

This Court, having considered the STIPULATION TO EXTEND DEADLINES which has been signed by all counsel, and for good cause shown:

**IT IS HEREBY ORDERED** that

    1. The parties' stipulation is approved;

    2. The new deadlines are as follows:

        a. non-expert discovery cutoff - March 28, 2023;

        b. parties to exchange initial lists of expert witnesses - May 2, 2023;

        c. parties to exchange rebuttal expert witnesses - May 30, 2023;

        d. expert discovery cutoff - August 10, 2023;

        e. notice dispositive motions - September 28, 2023.

Dated: January 17, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE