IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COOPER, et al.,<br><br>　　　　Defendants. | No. 2:05-CV-1600-DAD-DMC-P<br><br><br>ORDER |

   Plaintiff, who is proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for administrative relief pursuant to Eastern District of California Local Rule 233. <u>See</u> ECF No. 677. Defendants have filed an opposition. <u>See</u> ECF No. 679.

   By way of the pending motion, Plaintiff seeks modification of the Court's January 17, 2023, scheduling order. Local Rule 233 allows the Court to grant such relief on shortened notice without a hearing for good cause shown. Here, Plaintiff has shown good cause. In counsel's declaration in support of Plaintiff's request, counsel states that administrative relief extending scheduling deadlines is necessary because counsel and Plaintiff are "no longer available to schedule Plaintiff's deposition before the discovery cut-off." ECF No. 677-1, pg. 2.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for administrative relief, ECF No. 677, to modify the pre-trial schedule for this litigation is granted.

2. The schedule issued on January 17, 2023, is modified as follows:

   a. The non-expert discovery completion date is continued to May 25, 2023.

   b. The deadline to exchange initial lists of expert witnesses is continued to June 30, 2023.

   c. The deadline to exchange lists of rebuttal expert witnesses is continued to July 28, 2023.

   d. The expert discovery completion date is continued to October 10, 2023.

   e. The last day to notice dispositive motions for hearing is continued to November 28, 2023.

Dated: April 4, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE