UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS CLINTON,<br><br>            Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>            Defendants. | Case No.: 2:05-cv-1600-DAD-DMC (PC)<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTIONS RE DKT NO. 680**<br><br>[Assigned to the Honorable Dennis M. Cota] |

///

///

///

///

///

///

///

///

///

///

1

This Court, having considered the STIPULATION TO EXTEND DEADLINES, and for good cause shown:

**IT IS HEREBY ORDERED** that

    1. The parties' stipulation is approved;

    2. The new deadlines are as follows:

        a.   non-expert discovery cutoff - June 15, 2023;

        b.   parties to exchange initial lists of expert witnesses - July 21, 2023;

        c.   parties to exchange rebuttal expert witnesses – August 18, 2023;

        d.   expert discovery cutoff - October 31, 2023;

        e.   notice dispositive motions - December 19, 2023.

Dated:  May 15, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2